United States Court of Appeals
Fifth Circuit

**F I L E D**

March 23, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

———————————————

No. 05-10048

———————————————

FLOWSERVE US INC

             Plaintiff - Appellee

        v.

DEPARTMENT OF LABOR; OCCUPATIONAL SAFETY AND HEALTH
ADMINISTRATION

          Defendants - Appellants

----------------------
Appeal from the United States District Court for the
Northern District of Texas, Dallas
3:04-CV-868-H
----------------------

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

      IT IS ORDERED that the appellants' unopposed motion to

dismiss appeal is GRANTED.

      IT IS FURTHER ORDERED that the appellants' unopposed motion

to vacate the District Court orders of November 2, 2004 and

December 13, 2004 is GRANTED.

      IT IS FURTHER ORDERED that the appellants' unopposed motion

to remand the case to the United States District Court for the

Northern District of Texas, Dallas Division, with directions that

the case be dismissed as moot is GRANTED.

---

      [*] Pursuant to 5th Cir. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except under
the limited circumstances set forth in 5th Cir. R. 47.5.4.